# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2019

## NO. 03-19-00048-CV

### A. R. and S. R., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

**APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**DISMISSED ON APPELLANT'S MOTION—OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the district court on January 11, 2019. A.R. and S.R. have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.